**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COLETTE CHATTAWAY, as**
**Personal Representative of the Estate**
**of STAFF SERGEANT PAUL**
**L. BLANCATO, Deceased,**

    Plaintiff(s),

v.                                                            CASE NO:  8:03-cv-558-T30EAJ

**BOMBARDIER, INC., et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on January 19, 2005, regarding the above-styled case. In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1)    This case is dismissed.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-558.dismissal.wpd*